BARBARA STIMMEL, Appellant, *v.* CHARLES WATTS et al., Respondents.

(Submitted February 4, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1890, which affirmed a judgment in

favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*C. A. S. Van Nostrand* for appellant.

*A. N. Weller* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.